B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| R. Sam Hopkins, Trustee | Jon Bell and Patricia Bell |

| ATTORNEYS (Firm Name, Address, and Telephone No.) Service & Spinner, PO Box 6009, Pocatello, ID 83205 (208)232-4471 ▬ | ATTORNEYS (If Known) |
|---|---|

| PARTY (Check One Box Only) ☐Debtor ☐U.S. Trustee/Bankruptcy Admin ☐Creditor ☐Other ☑Trustee | PARTY (Check One Box Only) ☐Debtor ☐U.S. Trustee/Bankruptcy Admin ☐Creditor ☑Other ☐Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint to Avoid Fraudulent Conveyances.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☑ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐Check if this case involves a substantive issue of state law | ☐Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Jonathan and Monique Crumley | BANKRUPTCY CASE NO.<br>10-41249-JDP | | |
| DISTRICT IN WHICH CASE IS PENDING<br>Idaho | DIVISION OFFICE<br>Pocatello | | NAME OF JUDGE<br>Jim D. Pappas |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ S. Douglas Wood | | | |
| DATE<br><br>March 1, 2011 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>S. Douglas Wood Esq. | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Form B 250A (12/09)

# United States Bankruptcy Court
## District Of Idaho

In re _Jonathan and Monique Crumley_____ ,     )     Case No. _10-41249_____

           Debtor                )

                                        )     Chapter _7_____

                                        )

R. Sam Hopkins, Trustee_____     )

           Plaintiff            )

                                        )

                 v.                   )     Adv. Proc. No. _____

                                        )

Jon Bell and Patricia Bell_____     )

           Defendant          )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

               Address of the clerk:        Clerk, U.S. Bankruptcy Court

                                               550 W. Fort St. Boise, ID 83724

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

               Name and Address of Plaintiff's Attorney:

               S. Douglas Wood, Esq.
               PO Box 6009
               Pocatello, ID 83205

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                       ___Elizabeth A. Smith,___ Clerk of the Bankruptcy Court

       Date: _____         By: _____ (Deputy Clerk)

Jim Spinner, Esquire (#3417)
S. Douglas Wood, Esquire (#7790)
**SERVICE & SPINNER**
1335 East Center - P.O. Box 6009
Pocatello, Idaho  83205-6009
Telephone:  (208) 232-4471
FAX: (208) 232-1808
Email: spinjim@cableone.net

Attorneys for R. Sam Hopkins, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of: | Case No. 10-41249-JDP |
| JONATHAN CRUMLEY and MONIQUE CRUMLEY, | Chapter 7 |
| Debtors. | |
| R. SAM HOPKINS, TRUSTEE, | Adv. Proc. No. _____ |
| Plaintiff, | |
| vs. | |
| JON BELL and PATRICIA BELL, Defendants. | |

## COMPLAINT TO AVOID FRAUDULENT CONVEYANCES

**COMES NOW** the Plaintiff, R. Sam Hopkins, Trustee, by and through his attorney of record,

and for claim of relief, alleges as follows:

**COMPLAINT TO AVOID TRANSFERS – PAGE 1**

**JURISDICTION AND VENUE**

I.

This Court has jurisdiction in this case pursuant to 28 USC § 1334, § 157 and pursuant to the Rules of this Court and the United States District Court for the District of Idaho.  Venue is proper pursuant to 28 USC § 1409.  This is a core proceeding, pursuant to 28 USC § 157.

II.

That on or about February 14, 2010, the above-named Debtors filed a Chapter 7 bankruptcy as Case No. 10-41249-JDP.  This action arises out of and/or is related to said pending proceeding.

III.

The Plaintiff, R. Sam Hopkins, is the duly appointed and acting Trustee in bankruptcy of the bankruptcy estate in said bankruptcy proceedings.

IV.

The Trustee has been required to retain counsel to pursue this action and is incurring reasonable costs and attorneys' fees.

**CLAIM FOR RELIEF**

V.

Prior to the filing of the bankruptcy by the above-named Debtors, the Debtors transferred real property to the Defendants, identified as 601 S. Wheatfield  Lane, Ammon Idaho, on the attached Exhibits "A" and "B" and incorporated by the reference herein.

VI.

That the transfers of the real property occurred on or about February 25, 2009.

VII.

**COMPLAINT TO AVOID TRANSFERS – PAGE 2**

VII.

At the time of the transfers the Defendants, who are the parents of the Debtor, Monique

Crumley, were insiders as that term is defined by the Bankruptcy Code.

VIII.

The transfers of said real property, described on the attached Exhibits "A" and "B," from the

Debtors to the Defendants were made:

(a) With actual intent to hinder, delay, or defraud any creditor of the debtor; or

(b) Without receiving a reasonably equivalent value in exchange for the transfer or
obligation, and the debtor:

> 1. was engaged or was about to engage in a business or a transaction for
> which the remaining assets of the debtor were unreasonably small in relation
> to the business or transaction; or

> 2. intended to incur, or believed or reasonably should have believed that he
> or she would incur, debts beyond his or her ability to pay as they became due.

IX.

The transfers of the real property are avoidable by the Trustee pursuant to *Idaho Code §55-

901 et. seq.*, and particularly §§ 55-913 and/or 55-914, as such are made applicable pursuant to 11

U.S.C. § 544.

X.

That the State fraudulent conveyance statutes are applicable through 11 U.S.C. § 544, and

the transfers to the Defendants constitute fraudulent conveyances. Pursuant to 11 U.S.C. §§ 544 and

550(a), the Trustee may recover, for the benefit of the estate, the real property transferred.

**COMPLAINT TO AVOID TRANSFERS – PAGE 3**

**WHEREFORE**, Plaintiff prays for relief from the Court as follows:

1.     That the Court enter an Order and Judgment avoiding the transfers of the real properties described on the attached Exhibits "A" and "B" from the Debtors to the Defendants, and that title to said properties be vested in the Trustee, Plaintiff herein;

2.     For judgment against the Defendants for Plaintiff's court costs and reasonable attorneys' fees incurred herein;

3.     For such other and further relief as to the Court seems just and equitable.

**DATED** March 1, 2011.

SERVICE & SPINNER
Attorneys for R. Sam Hopkins, Trustee


By:__/s/ _S. Dayle Wood_____
          S. Douglas Wood

**COMPLAINT TO AVOID TRANSFERS – PAGE 4**

**EXHIBIT "A"**

**A. Settlement Statement**

**U.S. Department of Housing and Urban Development**

OMB No. 2502-0265

### B. Type of Loan

| | | | | |
|---|---|---|---|---|
| 1. ☒FHA | 2. ☐FmHA | 3. ☐Conv Unins | 6. File Number | 7. Loan Number | 8. Mortgage Ins Case Number |
| 4. ☐VA | 5. ☐Conv Ins. | 6. ☐Seller Finance | 895304BO | 13176813 | 121-2582549-703 |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Pattie Bell | Jonathan Crumley | M&T Bank |
| 601 S Wheatfield Lane | 4270 Birchwood Cir | 5285 SW Meadows Road |
| Ammon, ID 83406 | Idaho Falls, ID 83406 | Ste 290 |
| | | Lake Oswego, OR 97035 |

| G. Property Location | H. Settlement Agent Name |
|---|---|
| | Idaho Title & Trust, Inc. |
| | 400 Memorial Drive |
| 601 S Wheatfield La. | Idaho Falls, ID 83402   Tax ID: 46-0510096 |
| Ammon, ID 83406 | |

| Place of Settlement | I. Settlement Date |
|---|---|
| Idaho Title & Trust, Inc. | 2/25/2009 |
| 400 Memorial Drive | Fund: 2/27/2009 |
| Idaho Falls, ID 83402 | |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | $190,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to borrower | | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. County Tax | | 406. County Tax | |
| 107. HOA Dues | | 407. HOA Dues | |
| 108. Sewer Dues | | 408. Sewer Dues | |
| 109. Irrigation | | 409. Irrigation | |
| 110. Rents | | 410. Rents | |
| 111. Other | | 411. Other | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | | **420. Gross Amount Due to Seller** | $190,000.00 |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess Deposit | |
| 202. Principal amount of new loan(s) | | 502. Settlement Charges to Seller (line 1400) | $4,443.41 |
| 203. Existing loan(s) taken subject to | | 503. Existing Loan(s) Taken Subject to | |
| 204. Loan Amount 2nd Lien | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Payoff to National City Mortgage | $130,041.04 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. Gift of Equity | | 509. Gift of Equity | $40,000.00 |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. County Tax          07/01/08 thru 02/25/09 | | 510. County Tax          07/01/08 thru 02/25/09 | $1,288.83 |
| 211. HOA Dues | | 511. HOA Dues | |
| 212. Sewer Dues | | 512. Sewer Dues | |
| 213. Irrigation | | 513. Irrigation | |
| 214. Rents | | 514. Rents | |
| 215. Other | | 515. Other | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | | **520. Total Reduction Amount Due Seller** | $175,773.28 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | | 601. Gross Amount due to seller (line 420) | $190,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | | 602. Less reductions in amt. due seller (line 520) | $175,773.28 |
| **303. Cash Borrower** | | **603. Cash To Seller** | $14,226.72 |

Section 5 of the Real Estate Settlement Procedures Act (RESPA) requires the following: • HUD must develop a Special Information Booklet to help persons borrowing money to finance the purchase of residential real estate to better understand the nature and costs of real estate settlement services; • Each lender must provide the booklet to all applicants from whom it receives or for whom it prepares a written application to borrow money to finance the purchase of residential real estate; • Lenders must prepare and distribute with the Booklet a Good Faith Estimate of the settlement costs that the borrower is likely to incur in connection with the settlement. These disclosures are mandatory.

Section 4(a) of RESPA mandates that HUD develop and prescribe this standard form to be used at the time of loan settlement to provide full disclosure of all charges imposed upon the borrower and seller. These are third party disclosures that are designed to provide the borrower with pertinent information during the settlement process in order to be a better shopper.

The Public Reporting Burden for this collection of information is estimated to average one hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. The information requested does not lend itself to confidentiality.

Previous Editions are Obsolete

Page 1

form HUD-1 (3/86)
Handbook 4305.2

Instrument # 1325013
IDAHO FALLS, BONNEVILLE, IDAHO
2009-02-27  02:27:00 PM  No. of Pages: 1
Recorded for: IDAHO TITLE & TRUST, INC.
RONALD LONGMORE              Fee:3.00
Ex-Officio Recorder Deputy RAVERY
Index To: DEED WARRANTY
Electronically Recorded by Simplifile

## WARRANTY DEED

095304BO /30,984

For Valuable Consideration Received:

**JONATHAN CRUMLEY AND MONIQUE M. CRUMLEY, HUSBAND AND WIFE**

the Grantor does hereby grant, bargain, sell, convey and warrant unto

**PATTIE BELL, A MARRIED WOMAN AS HER SOLE & SEPERATE PROPERTY**

the Grantee whose current address is:

**601 S Wheatfield Lane, Ammon, ID  83406**

the following described premises, to-wit:

**Lot 22, Block 3, Centennial Ranch, Division No. 4, to the City of Ammon, County of Bonneville, State of Idaho, according to the recorded plat thereof.**

TO HAVE AND TO HOLD the said premises, with their appurtenances unto the said Grantee, his heirs and assigns forever. And the said Grantor does hereby covenant to and with the said Grantee, that he is the owner in fee simple of said premises; that said premises are free from all encumbrances and that he will warrant and defend the same from all lawful claims whatsoever.

_____   2-25-09
**Jonathan Crumley**        **Date**

_____   2.25.09
**Monique M. Crumley**        **Date**

STATE OF IDAHO            )
                         )ss.
COUNTY OF BONNEVILLE      )

On this **25th day of February, 2009,** before me, the undersigned, a Notary Public, in and for said State, personally appeared **JONATHAN CRUMLEY AND MONIQUE M. CRUMLEY,** known to me, and/or identified to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same.

WITNESS MY HAND AND OFFICIAL SEAL

_____
Residing at:
Commission Expires:

Notary Public for the State of Idaho
Residing in Idaho Falls
Commission Expires 03-7-12

IDAHO TITLE & TRUST
P.O. BOX 50367
IDAHO FALLS, ID 83405

1325013